B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**InnovaSystems, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**22-3011660** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1245 N. Church Road**<br>**Unit 6**<br>**Moorestown, NJ**                       ZIP Code **08057** | Street Address of Joint Debtor (No. and Street, City, and State):                       ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Burlington** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                       ZIP Code | Mailing Address of Joint Debtor (if different from street address):                       ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(4/10) | | Page 2 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): InnovaSystems, Inc. | |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **InnovaSystems, Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X /s/ J. T. Klein
Signature of Attorney for Debtor(s)

**Joshua T. Klein (JK 8978)**
Printed Name of Attorney for Debtor(s)

**Fox Rothschild LLP**
Firm Name

**997 Lenox Drive
Bldg. 3
Lawrenceville, NJ 08648**
Address

Email: jklein@foxrothschild.com
**(609) 896-3600  Fax: (609) 896-1469**
Telephone Number

**September 2, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ John J. Waters
Signature of Authorized Individual

**John J. Waters**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 2, 2011**
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## InnovaSystems, Inc.

**UNANIMOUS CONSENT OF DIRECTOR IN LIEU OF SPECIAL MEETING**

The undersigned, being the President, majority shareholder, and sole member of the Board of Directors (the "Board") of InnovaSystems, Inc. (the "Company"), a New Jersey corporation, does hereby certify that on September 1, 2011, the following resolutions were duly adopted and approved by the Board of the Company at a duly called and properly noticed meeting, at which a quorum was present, and were recorded in the minute books of the Company, and they have not been modified or rescinded and are still in full force and effect on the date hereof:

> RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors and employees and other interested parties to file a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court District of New Jersey; and

> FURTHER RESOLVED, that John Waters, President, a duly appointed officer of the Company (together with any duly approved replacement therefore, herein called the "Authorized Officer"), is hereby authorized and empowered, as and when he deems appropriate, to execute on behalf of, and in the name of, the Company, a voluntary petition for relief under chapter 11 of the Bankruptcy Code, and to cause such petition and any affidavits, forms, schedules, lists, applications or any other pleadings or documents which are necessary or appropriate to commence a voluntary bankruptcy case to be filed in the United States Bankruptcy Court District of New Jersey; and

> FURTHER RESOLVED, that the Authorized Officer be, and hereby is, authorized and empowered to execute on behalf of, and in the name of, the Company any and all plans of reorganization under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the United States Bankruptcy Court District of New Jersey at such time as said authorized officer executing the same shall determine; and

FURTHER RESOLVED, that in connection with the commencement of the chapter 11 case by the Company, the Authorized Officer be and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and file all pleadings and related documents on such terms and conditions as such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company; and

FURTHER RESOLVED, that the law firm of Fox Rothschild LLP, is hereby employed as reorganization counsel for the Company upon such terms and conditions as the Authorized Officer and the Company shall approve, to render legal services to, and to represent, the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval; and

FURTHER RESOLVED, that the Authorized Officer is hereby authorized to employ and retain on behalf of the Company such other professionals as he deems necessary or appropriate, to provide services to the Company in connection with the chapter 11 case and with respect to other related matters, with a view to the successful resolution of such case; and

FURTHER RESOLVED, that the Authorized Officer is hereby authorized and directed to take any and all further action, and to execute and deliver in the name of and on behalf of the Company any and all such other and further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by the officers of the Company in connection with the filing of the voluntary petition for relief under chapter 11 of the Bankruptcy Code or in any other connection with the chapter 11 case of the Company, or any matter related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved.

                    [continued on next page]

PH1 2910512v2 09/01/11

IN WITNESS THEREOF, I hereto set my hand this 1st day of September, 2011

InnovaSystems, Inc.

By: _____

John J. Waters, President and Director

3

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## New Jersey

In re **InnovaSystems, Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Spector Gadon & Rosen, P.C.**<br>**Seven Penn Center, 7th Floor**<br>**Attn: Daniel J. Dugan, Esquire**<br>**1635 Market Street**<br>**Philadelphia, PA 19103** | **Spector Gadon & Rosen, P.C.**<br>**Seven Penn Center, 7th Floor**<br>**Attn: Daniel J. Dugan, Esquire**<br>**Philadelphia, PA 19103** | | **Contingent**<br>**Disputed** | 236,345.29 |
| **Becker Meisel**<br>**Woodland Falls Corporate Center**<br>**220 Lake Drive East, Ste. 102**<br>**Attn: Timothy J. Szuhaj, Esquire**<br>**Cherry Hill, NJ 08002** | **Becker Meisel**<br>**Woodland Falls Corporate Center**<br>**220 Lake Drive East, Ste. 102**<br>**Cherry Hill, NJ 08002** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | 97,527.53 |
| **Malvern Instruments, LTD**<br>**Enigma Business Park, Grovewood Road**<br>**MALVERN WR14 1XZ ENGLAND** | **Malvern Instruments, LTD**<br>**Enigma Business Park, Grovewood Road**<br>**MALVERN WR14 1XZ ENGLAND** | | | 32,500.00 |
| **Blue Chip Technology**<br>**267 Richwood Road**<br>**P.O. Box 287**<br>**Richwood, NJ 08074** | **Blue Chip Technology**<br>**267 Richwood Road**<br>**P.O. Box 287**<br>**Richwood, NJ 08074** | | | 31,351.00 |
| **Sullivan & Worcester**<br>**One Post Office Square**<br>**Boston, MA 02109** | **Sullivan & Worcester**<br>**One Post Office Square**<br>**Boston, MA 02109** | | | 31,250.00 |
| **Aimil Ltd./Dr. S. Upadeo**<br>**901-902 Gunjan Towers**<br>**Off Alembic-Gorwa Road - Subhanpur**<br>**390 023 VADODARA INDIA** | **Aimil Ltd./Dr. S. Upadeo**<br>**901-902 Gunjan Towers**<br>**Off Alembic-Gorwa Road - Subhanpur** | | | 29,450.00 |
| **Citi Advantage Business Card**<br>**PO Box 183057**<br>**Columbus, OH 43218-3057** | **Citi Advantage Business Card**<br>**PO Box 183057**<br>**Columbus, OH 43218-3057** | | | 25,829.98 |

B4 (Official Form 4) (12/07) - Cont.

In re  **InnovaSystems, Inc.**                      Case No. _____

                                   Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Kenealy Vaidya LLP**<br>**515 East Braddock Rd., Suite B**<br>**Alexandria, VA 22314** | **Kenealy Vaidya LLP**<br>**515 East Braddock Rd., Suite B**<br>**Alexandria, VA 22314** | | | **17,354.00** |
| **Thomas Speelman**<br>**114 Mountain View Road**<br>**Titusville, NJ 08560** | **Thomas Speelman**<br>**114 Mountain View Road**<br>**Titusville, NJ 08560** | | | **12,753.60** |
| **M-C Church Realty LLC**<br>**PO Box 416950**<br>**Boston, MA 02241-6950** | **M-C Church Realty LLC**<br>**PO Box 416950**<br>**Boston, MA 02241-6950** | | | **8,459.36** |
| **Peter E. Nuskey**<br>**1552 Bristol Road**<br>**Southampton, PA 18966** | **Peter E. Nuskey**<br>**1552 Bristol Road**<br>**Southampton, PA 18966** | | | **7,136.00** |
| **Henrik Krarup**<br>**26 Keith Haven Lane**<br>**Columbus, NC 28722** | **Henrik Krarup**<br>**26 Keith Haven Lane**<br>**Columbus, NC 28722** | | | **5,216.75** |
| **Aetna**<br>**P.O. Box 7247-0221**<br>**Philadelphia, PA 19170-0221** | **Aetna**<br>**P.O. Box 7247-0221**<br>**Philadelphia, PA 19170-0221** | | | **3,893.00** |
| **Kelly & Taylor, PC**<br>**320 S. Broadway**<br>**Pitman, NJ 08071** | **Kelly & Taylor, PC**<br>**320 S. Broadway**<br>**Pitman, NJ 08071** | | | **3,519.00** |
| **Midway Machine Products Corporation**<br>**763A Railroad Ave.**<br>**PO Box 129**<br>**Florence, NJ 08518** | **Midway Machine Products Corporation**<br>**763A Railroad Ave.**<br>**PO Box 129**<br>**Florence, NJ 08518** | | | **3,412.76** |
| **Allied Electronics, Inc.**<br>**P.O. Box 2325**<br>**Accounts Receivable Dept.**<br>**Fort Worth, TX 76113-2325** | **Allied Electronics, Inc.**<br>**P.O. Box 2325**<br>**Accounts Receivable Dept.**<br>**Fort Worth, TX 76113-2325** | | | **3,320.56** |
| **Sarlo Tool & Machine Co.**<br>**62 Suburban Blvd.**<br>**Delran, NJ 08075** | **Sarlo Tool & Machine Co.**<br>**62 Suburban Blvd.**<br>**Delran, NJ 08075** | | | **3,200.00** |
| **Tecan US, Inc.**<br>**PO Box 14771**<br>**Attn: AR Dept.**<br>**Research Triangle Park, NC 27709-4771** | **Tecan US, Inc.**<br>**PO Box 14771**<br>**Attn: AR Dept.**<br>**Research Triangle Park, NC 27709-4771** | | | **2,426.90** |
| **Parker-Hannifin Corp.**<br>**7851 Collection Center Drive**<br>**Chicago, IL 60693** | **Parker-Hannifin Corp.**<br>**7851 Collection Center Drive**<br>**Chicago, IL 60693** | | | **1,954.20** |
| **McMaster-Carr Supply Co.**<br>**PO Box 7690**<br>**Chicago, IL 60680-7690** | **McMaster-Carr Supply Co.**<br>**PO Box 7690**<br>**Chicago, IL 60680-7690** | | | **1,700.74** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **InnovaSystems, Inc.**                  Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 2, 2011**        Signature  **/s/ John J. Waters**
                                                                                          **John J. Waters**
                                                                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.