GREENBERG TRAURIG LLP
Alan J. Brody (AB-4777)
200 Park Avenue
P.O. Box 677
Florham Park, NJ 07962
(973) 443-3543
brodya@gtlaw.com
*Attorneys for Proveris Scientific Corporation*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| INNOVASYSTEMS, INC., | Case No. 11-36228 (ABA) |
| Debtor. | |

**NOTICE OF PROVERIS SCIENTIFIC CORPORATION'S MOTION**
**TO RECONSIDER AND AMEND CLAIM ESTIMATE ORDER**

PLEASE TAKE NOTICE that, on January 28, 2015, Proveris Scientific Corporation ("Proveris") submitted *Proveris Scientific Corporation's Motion to Reconsider and Amend Claim Estimate Order* (the "Application").

PLEASE TAKE FURTHER NOTICE that, a hearing to consider the relief requested in the Application shall be held before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of New Jersey, Mitchell H. Cohen Courthouse, 400 Cooper Street, Camden, New Jersey 08101 (the "Bankruptcy Court"), on **February 24, 2013 at 10:00 a.m.** (prevailing Eastern Time) (the "Hearing").

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the Application and the relief requested therein shall be made in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Bankruptcy Court for the District of New Jersey, set

forth the name of the objecting party, the basis for the objection and the specific grounds thereof, and be filed with the Bankruptcy Court and shall be served and upon counsel for Proveris:

Greenberg Traurig, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Attn: Alan J. Brody, Esq.

PLEASE TAKE FURTHER NOTICE that, if an objection to the Application is not timely received, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that, objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: January 28, 2013
Florham Park, New Jersey

GREENBERG TRAURIG, LLP

By: */s/ Alan J. Brody*
Alan J. Brody, Esq.
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
Email: brodya@gtlaw.com

Attorneys for Proveris Scientific Corporation.

*NJ 227803113v1*